IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01437-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

SCHROEDER CONSTRUCTION and
JAMES E. SCHROEDER

    Defendants.

---

ORDER DENYING DEFENDANTS' MOTION FOR INTER-DIVISION TRANSFER AND
FOR RESCHEDULING OF THE SCHEDULING CONFERENCE

---

    After review of the Defendants' Unopposed Motion for Inter-division Transfer and for Rescheduling of the Scheduling/Planning Conference, filed September 24, 2009 [14], it is

    ORDERED that the motion is denied.

    Dated: September 24th , 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge