IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01437-RPM-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

SCHROEDER CONSTRUCTION, and
JAMES E. SCHROEDER,

    Defendants.

## ORDER RE: PLAINTIFF'S UNOPPOSED
## MOTION TO AMEND COMPLAINT (docket # 33)

The Court, having reviewed Plaintiff's Unopposed Motion to Amend Complaint (docket # 33) to add Mark Fenn as an additional party defendant dated January 12, 2010, hereby **GRANTS** the motion and **ORDERS** Plaintiff to file a status report with the Court on or before February 22, 2010 regarding service of the Amended Complaint on Mark Fenn.

Dated this 13th day of January, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge