IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 09-cv-01437-RPM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

SCHROEDER CONSTRUCTION, and
JAMES E. SCHROEDER,

    Defendants.

## ORDER RE: STIPULATED MOTION TO CANCEL
## SETTLEMENT CONFERENCE (docket # 72)

The parties' (improperly captioned) Stipulated Motion to Cancel Settlement Conference (docket # 72) is **GRANTED**.

The Settlement Conference scheduled for September 10, 2010 at 1:30 p.m. is **VACATED**. However, the matter remains set on the Court's docket for Friday, September 10, 2010 at 1:30 p.m. for Status Conference. Parties may appear by phone. Plaintiff to initiate the conference call to the Court at 970.241.2187. Defendant Fenn shall advise attorney for Plaintiff by no later than 3:00 p.m. (MST) on Thursday, September 9, 2010 whether he chooses to participate by telephone in the conference call to the Court, or whether he chooses to appear in person at the Court located at U.S. District Court, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323, Grand Junction, Colorado, 81501 at 1:30 p.m. on September 10, 2010.

Dated in Grand Junction, Colorado this 2nd day of September, 2010.

                                                  BY THE COURT:

                                                  s/ Gudrun J. Rice
                                                  _____
                                                  Gudrun J. Rice
                                                  U.S. Magistrate Judge