IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 09-cv-01437-RPM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

SCHROEDER CONSTRUCTION, and
JAMES E. SCHROEDER, and
MARK FENN,

    Defendants.

---

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS (docket # 70)**

---

Plaintiff's Motion to Compel and for Sanctions (docket # 70) **GRANTED** in part, and held in abeyance in part.

Plaintiff moves the Court to compel Defendant Mark Fenn to appear for his deposition. The Court **GRANTS** this Motion and Orders Defendant to appear for his deposition before the discovery deadline of October 31, 2010.

Plaintiff further in his Motion seeks sanctions for Defendant Mark Fenn's failure to appear at his deposition as originally scheduled. The Motion for sanctions is held in abeyance.

Dated in Grand Junction, Colorado this 13th day of September, 2010.

                                BY THE COURT:

                                s/ Gudrun J. Rice
                                _____
                                Gudrun J. Rice
                                U.S. Magistrate Judge