IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01437-RPM-GJR

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

SCHROEDER CONSTRUCTION and
JAMES E. SCHROEDER,

      Defendant.

_____

ORDER ON MOTION FOR TRANSFER AND FOR REASSIGNMENT OF THIS CIVIL ACTION
_____

On September 30, 2010, the defendants filed a Motion for Interdivision Transfer of Pretrial and Trial Matters [83] in this civil action. Counsel are reminded that all pretrial matters have already been referred to the United States Magistrate Judge in Grand Junction, Colorado. Because transfer of the trial to Grand Junction, Colorado, will require reassignment of this civil action to another district judge in that I am unable to be away from my residence over night for personal family reasons, it is now

ORDERED that this civil action will be reassigned to another district judge by random draw for trial to be held in Grand Junction, Colorado, and it is

FURTHER ORDERED that this civil action is removed from the Calendar Call on November 19, 2010.

Dated: October 6th, 2010

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge