IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.  09-cv-01437-CMA-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

vs.

SCHROEDER CONSTRUCTION, and
JAMES E. SCHROEDER, and
MARK FENN,

     Defendants.

---

## ORDER RE: PLAINTIFF'S AMENDED THIRD MOTION TO EXTEND DISCOVERY DEADLINE CONTAINED WITHIN THE COURT'S SCHEDULING ORDER (docket # 90)

---

Plaintiff's Amended Third Motion to Extend Discovery Deadline contained within the Court's Scheduling Order (docket # 94) is hereby granted.

The parties shall note that this case has been reassigned to the Honorable Christine M. Arguello.  The case shall be identified in all further pleadings as 09-cv-01437-CMA-GJR.

Counsel for Plaintiff is directed to D.C.Colo.LCivR 7.1.B. which states that "(i)f a motion is unopposed it shall be entitled "Unopposed Motion for _____"

All parties are expected to be aware of and to fully comply with the Local Rules of Practice for the U.S. District Court for the District of Colorado.

Dated in Grand Junction, Colorado this 8th day of November, 2010.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
U.S. Magistrate Judge