IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.  09-cv-01437-CMA-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

vs.

SCHROEDER CONSTRUCTION, and
JAMES E. SCHROEDER, and
MARK FENN,

     Defendants.

## ORDER AMENDING SCHEDULING ORDER

This matter is set for a pretrial conference on Friday, March 25, 2011 at 10:00 AM before Magistrate Judge Gudrun J. Rice at the United States District Court in Grand Junction, Colorado.

A Pretrial Order shall be prepared by the parties and submitted to the Court by no later than March 21, 2011.

Counsel should also be prepared to discuss settlement at the pretrial conference and should obtain settlement authority from the client or have the client available in person or by telephone at the time of the pretrial conference.

Counsel shall each submit a brief confidential settlement statement to the Magistrate Judge **only**, by no later than March 21, 2011, outlining the facts and issues involved in the case and the possibilities for settlement, including any settlement authority from the client.

ECF participants shall submit their Confidential settlement statements to chambers with a subject line "Confidential Settlement Statement" and the case number to: Rice_Chambers@cod.uscourts.gov. (The Confidential Settlement Statement should be in PDF format and sent as an attachment to the e-mail.) Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

Dated in Grand Junction, Colorado this 20th day of January, 2011

BY THE COURT:

s/ Gudrun J. Rice
_____

Gudrun J. Rice
U.S. Magistrate Judge